FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2022

CENTRAL DISTRICT OF CALIFORNIA
BY / DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:17-CR-00038-JVS |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| ROBERT PETER THOMAS, | |
| Defendant. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the instant allegations, defendant's criminal history, defendant's previous failures to appear, defendant's unknown background information, unknown bail resources, and history of prior violations of court-ordered supervision.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: August 8, 2022

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge